# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGE OF THE SEQUOIAS FARM, FOUR J FARMS, a California General Partnership, and JONATHAN TODD FERNANDES dba J. TODD FERNANDEZ FARMS, individually and on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WHITE GOLD ASSOCIATION, INC., CALIFORNIA COTTON COMPANY, INC. MARK COSTA, an individual, J.B. COTTON TRADING, INC., CRAIG TOBIN, an individual, and DOES 1 to 100, inclusive,<br><br>　　　　　Defendants. | CIV- F-07-0014 AWI WMW<br><br>ORDER VACATING HEARING DATE OF MARCH 12, 2007, AND REFERRING MATTER TO MAGISTRATE JUDGE |

　　On January 24, 2007, defendants White Gold Association, Inc. et al. ("Defendants") noticed for hearing and decision a motion to compel arbitration and to stay pending arbitration. Defendants' motion was scheduled for hearing on March 12, 2007. The court has briefly reviewed Defendants' motion, Plaintiffs' opposition and Defendants' reply. The court has concluded that the issues presented by Defendants' motion are suitable for decision by the magistrate judge pursuant to 28 U.S.C., section 636(b)(1)(A) and Local Rule 72-302.

　　THEREFORE, it is hereby ordered that the currently scheduled hearing date of March 12, 2007, on Defendants' motion to compel arbitration is hereby VACATED and no party shall

appear at that time.  As of the date this order, Defendants' motion to compel arbitration and to stay is taken under submission and shall be TRANSFERRED to the Magistrate Judge for consideration and decision, including any further proceedings on Defendants' motion to compel arbitration that may be deemed appropriate by the Magistrate Judge.

IT IS SO ORDERED.

**Dated:     March 8, 2007**  　　　　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE