**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

William C. Hahesy #105743
John P. Kinsey #215916
Joshua S. Alipaz #247271

Attorneys for:   Defendants White Gold Association, Inc., Costa Cotton Company, Inc., Mark Costa, J.B. Cotton Trading, Inc. and Craig Tobin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COLLEGE OF THE SEQUOIAS FARM, FOUR J FARMS, a California General Partnership, and JONATHAN TODD FERNANDES dba J. TODD FERNANDES FARMS, individually, and on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br> v.<br><br>WHITE GOLD ASSOCIATION, INC., a California corporation, COSTA COTTON COMPANY, INC., a California corporation, MARK COSTA, an individual, J.B. COTTON TRADING, INC., a California corporation, CRAIG TOBIN, an individual, and DOES 1-50,<br><br>　　Defendants. | Case No.  1:07-CV-00014-AWI-NEW (WMW)<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON** |

　　Plaintiffs College Of The Sequoias Farm, Four J Farms, and Jonathan Todd Fernandes dba J. Todd Fernandes Farms and Defendants White Gold Association, Inc., Costa Cotton Company, Inc., Mark Costa, J.B. Cotton Trading, Inc. and Craig Tobin, by and through their respective attorneys of record, hereby STIPULATE and AGREE as follows:

///

1.       This court had issued an Order setting a Mandatory Scheduling Conference for April 24, 2007 at 8:30 a.m.

2.       Subsequent to setting the Mandatory Scheduling Conference, Defendants White Gold Association, Inc., Costa Cotton Company, Inc., Mark Costa, J.B. Cotton Trading, Inc. and Craig Tobin filed a Petition for an order compelling arbitration and request for stay pending arbitration on January 22, 2007.  This Petition is currently scheduled for hearing on March 12, 2007 before the Honorable Anthony W. Ishii, United States District Judge.

3.       The parties desire to continue the Scheduling Conference until after the court rules on the Petition to Compel Arbitration and also to accommodate the schedule of Plaintiffs' counsel during the time that the parties would otherwise normally be conferring pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

4.       In light of the March 12, 2007 hearing, the parties respectfully request that the court continue the Scheduling Conference for thirty days to the week of May 21, 2007, on a date and time convenient to the court.

DATED:  March 8, 2007            LAW OFFICES OF RALPH B. WEGIS


By    /s/  Michael J. Stump

Michael J. Stump
Attorneys for Plaintiffs

DATED:  March 8, 2007            SAGASER, JONES & HAHESY


By    /s/  William C. Hahesy

William C. Hahesy
Attorneys for Defendants
White Gold Association, Inc.,
Costa Cotton Company, Inc.,
Mark Costa, J.B. Cotton Trading, Inc. and
Craig Tobin

///

///

///

{6496/004/00205698.DOC}                              2

STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON

## ORDER

The Court having reviewed the foregoing Stipulation, the Declarations filed by counsel and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Scheduling Conference shall be continued to from April 24, 2007 at 8:30 a.m. to June 7, 2007 at 11:30 a.m. before Magistrate Judge Wunderlich. Telephone (209) 372 0438. Joint Scheduling Report due May 31, 2007. Parties to arrange conference call prior to calling chambers.

IT IS SO ORDERED.

**Dated:    2007**                            /s/  William M. Wunderlich

j14hj0                                                    UNITED STATES MAGISTRATE JUDGE