IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COLLEGE OF THE SEQUOIAS FARM, et al.,

        Plaintiffs,

  vs.

WHITE GOLD ASSOCIATION, Inc., et al.,

        Defendants.

CV F 07 0014 AWI WMW

ORDER CONTINUING SCHEDULING CONFERENCE TO JULY 19, 2007 AT 10:30 A.M.

The parties, through their respective attorneys of record, stipulate and agree as follows:

The Mandatory Scheduling Conference is currently scheduled for June 7, 2007, at 11:30 a.m. before Magistrate Judge Wunderlich.

Subsequent to setting the Mandatory Scheduling Conference, Defendants White Gold Association, Inc., Costa Cotton Company, Inc., Mark Costa, J.B. Cotton Trading, Inc., and Craig Tobin filed a petition for an order compelling Arbitration and request for stay pending arbitration on January 22, 2007.

Pursuant to the order requiring further briefing re petition for order compelling arbitration filed on April 18, 2007, the parties were ordered to submit supplemental briefing relating to the petition to compel arbitration, which briefing should be concluded May 29, 2007.

The parties desire to continue the scheduling conference until after the court rules on the petition to compel arbitration and also to accomodate the schedule of Plaintiff's counsel during the time

1  that the parties would otherwise normally be conferring pursuant to Rule 26(f) of the Federal Rules of
2  Civil Procedure.
3        The parties request the court to continue the scheduling conference to July 16, 2007, or
4  a date convenient to the court.
5        According, IT IS HEREBY ORDERED that the telephonic scheduling conference set
6  for June 7, 2007, is continued to July 19, 2007, at 10:30 a.m.

10 IT IS SO ORDERED.
11 **Dated:   May 10, 2007**                           **/s/  William M. Wunderlich**
                                                         UNITED STATES MAGISTRATE JUDGE