**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

William C. Hahesy #105743
John P. Kinsey #215916

Attorneys for:   Defendants White Gold Association, Inc., Costa Cotton Company, Inc., Mark Costa, J.B. Cotton Trading, Inc. and Craig Tobin

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| COLLEGE OF THE SEQUOIAS FARM, FOUR J FARMS, a California General Partnership, and JONATHAN TODD FERNANDES dba J. TODD FERNANDES FARMS, individually, and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>WHITE GOLD ASSOCIATION, INC., a California corporation, COSTA COTTON COMPANY, INC., a California corporation, MARK COSTA, an individual, J.B. COTTON TRADING, INC., a California corporation, CRAIG TOBIN, an individual, and DOES 1-50,<br><br>    Defendants. | Case No.  1:07-CV-00014-AWI-NEW (WMW)<br><br>**STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON** |

   Plaintiffs College Of The Sequoias Farm, Four J Farms, and Jonathan Todd Fernandes dba J. Todd Fernandes Farms and Defendants White Gold Association, Inc., Costa Cotton Company, Inc., Mark Costa, J.B. Cotton Trading, Inc. and Craig Tobin, by and through their respective attorneys of record, hereby STIPULATE and AGREE as follows:

///

1.     Pursuant to the Court's order dated May 16, 2007, the telephonic Mandatory Scheduling Conference is currently scheduled for July 19, 2007, at 10:30 a.m. before Magistrate Judge Wunderlich.

2.     Subsequent to setting the Mandatory Scheduling Conference, Defendants White Gold Association, Inc., Costa Cotton Company, Inc., Mark Costa, J.B. Cotton Trading, Inc. and Craig Tobin filed a Petition for an order compelling arbitration and request for stay pending arbitration on January 22, 2007.

3.     Pursuant to the Order Requiring Further Briefing re Petition for Order Compelling Arbitration filed on April 18, 2007, the parties were ordered to submit supplemental briefing relating to the Petition to Compel Arbitration, which briefing concluded on May 29, 2007.  The matter is now pending before the Court.

4.     The parties desire to continue the Scheduling Conference until after the court rules on the Petition to Compel Arbitration and also to accommodate the respective schedules of Plaintiffs' and Defendants' counsel during the time that the parties would otherwise normally be conferring pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

4.     The parties respectfully request that the court continue the Scheduling Conference until August 30, 2007, or on a date and time convenient to the court.

DATED:  June 19, 2007          LAW OFFICES OF RALPH B. WEGIS


                               By   /s/  Michael J. Stump

                                    Michael J. Stump
                                    Attorneys for Plaintiffs

DATED:  June 19, 2007          SAGASER, JONES & HAHESY


                               By   /s/  William C. Hahesy

                                    William C. Hahesy
                                    Attorneys for Defendants
                                    White Gold Association, Inc.,
                                    Costa Cotton Company, Inc.,
                                    Mark Costa, J.B. Cotton Trading, Inc. and
                                    Craig Tobin

## ORDER

The Court having reviewed the foregoing Stipulation, the Declarations filed by counsel and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the telephonic Scheduling Conference shall be continued from July 19, 2007, at 10:30 a.m. to September 6, 2007 at 11:30 a.m.

IT IS SO ORDERED.


Dated:   **June 21, 2007**                         /s/  William M. Wunderlich
                                                           UNITED STATES MAGISTRATE JUDGE